UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

**FILED
CLERK**

8/20/2018 1:23 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

| | |
|---|---|
| LORETTA A. ALLBERRY, } <br> ON BEHALF OF HERSELF AND } <br> ALL OTHERS SIMILARLY SITUATED, } <br> **}** <br> Plaintiff, } <br> v } <br> } <br> UNITED COLLECTION BUREAU, INC., } <br> } <br> Defendant. } | Civil Action, File No. <br> 2:18-cv-03727-JMA-GRB |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the present action against Defendant.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY  11743
(631) 335-1107

Case closed.
SO ORDERED.
/s/ JMA, USDJ
8/20/2018